[No. 34618-8-III. Division Three. July 18, 2017.]

SHERYL C. MOORE, *Appellant*, v. SELECT PORTFOLIO SERVICING, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-2-00538-8, James M. Triplet, J., entered June 29, 2016. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Pennell, JJ.

[No. 33945-9-III. Division Three. July 20, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN GABRIEL GEBHARDT, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-1-01748-6, Richard H. Bartheld, J., entered November 20, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 73903-4-I. Division One. July 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. KAVAHN ELIJAH MATTHEWS-SMITH ET AL., *Defendants*, RODNEY LEE WILLIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06220-6, Dean Scott Lum, J., entered August 21, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Spearman and Mann, JJ.

[No. 74507-7-I. Division One. July 24, 2017.]

*In the Matter of the Personal Restraint of* WILLIAM NEAL FRANCE, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Schindler, J., concurred in by Verellen, C.J., and Trickey, J.